UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:23-cv-00940-SVW-MRW | Date | September 6, 2023 |
|---|---|---|---|
| Title | Gregory Langadinos v. Life Time Inc. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

    The Court, on August 24, 2023, issued an order to show cause why this action should not be dismissed for lack of prosecution.

    Plaintiff was ordered to file a written response no later than August 31, 2023. To date, plaintiff has failed to respond to the Order to Show Cause.

    The Court orders the case dismissed.

:

| Initials of Preparer | PMC |
|---|---|